This Digest covers the cases published in the issues of the Abstract, Nos. 1 to 26, for the first half of the year 1925, and it is a continuation of the four previous issues, covering the years 1923 and 1924. Heretofore semi-annual Digest has not appeared until after the close of the period embraced, and it was paged in the series of folio numbers of the issue of the paper which included it. But as, logically, this digest is a part of the first half of 1925, it is now sent with the last number of the period, so that when the book is bound, it will be in its natural place. Its paging is such that it may be bound by itself, if so desired. At the end of the year another Digest, covering Nos. 27 to 50 will be published, and the yearly number may be made up by combining the two, and the continuity of the page numbering will not be disturbed.

## Weekly Report of
## NEW CASES DOCKETED

### NEW CASES DOCKETED

Groves v. Conrow .....................19201
Hampshire Co. Tr. Co. v. M. M. Stevenson 19203
Hauser v. State ex ...................19197
Kellar v. State .......................19193
Magnuson v. Pub. Util. Comm. ........19196
Mahlman v. Hoover ...................19192
Myers v. State .......................19195
Pike et v. Twin Lakes Co.............19202
Sandusky Gas & Elec. Co. v. Antone....19199
Smith v. State .......................19200
State ex v. Kinkead et ................19024
State ex v. Middletown Hydraulic Co...19207
Surman et v. Surman .................19194
Wiener v. Krumroy ...................19205
Yougheny & Ohio Oil Co. v. Paska.....19206
Zack v. State .......................19198

### NEW CASES FILED
#### JUNE 9, 1925

19192—Charles Mahlman v. Francis A. Hoover; Hamilton Appeals; Motion to certify. Samuel Rotter, Cincnnat, for putf; Henry L. Rockel, Cincinnati, for deft.

19193—Harry Kellar v. State of Ohio. Hamilton Appeals; Motion to certify. Harry Hess, Cincinnati, for pltf; C. M. Price, Cincinnati, for deft.

19194—Frank E. Surman et al v. Frank H. Surman. Cuyahoga Appeals; Motion to certify. L. Z. Tanney, Joseph Lustig, Cleveland, for pltf; Barthomew, Leeper & White, Cleveland, for deft.

#### JUNE 10, 1925

19195—Earl Myers v. State. Error to Ross Appeals. Carrett S. Claypool, Walter W. Boulger, Chillicothe, for pltf; W. N. McKenzie, Pros. Atty., Chillcothe; John P. Phillips, Chillicothe, for deft.

#### JUNE 12, 1925

19196—Thomas Magnuson v. Public Utilities Commission; error to the Public Utilities Commission of Ohio. John A. Scanlon, Cincinnati, for pltf; John W. Bricker, Columbus, for deft.

19197—Geo. R. Hauser, Commissioner, etc. v. State ex rel Arthur Erdman; error to the Hamilton Appeals. Frank K. Bowman, Cincinnati, for pltf; Bolsinger & Benham, CCincinnati, for deft.

#### JUNE 13, 1925

19198—May Zack v. State of Ohio. Hamilton Appeals; Motion to certify. C. W. Smedley, Cincinnati, for pltf; C. M. Price, Cincinnati, for deft.

19199—Sandusky Gas & Electric Co. v. Edw. C. Anton. Erie Appeals; Motion to certify. King, Ramsey, Flynn & Pyle, Sandusky, for pltf.; John F. McCrystal, Sandusky, for deft.

19200—Dr. A. C. Smith v. State of Ohio; Jefferson Appeals; Motion to certify. E. De-Witt Erskine, Steubenville, for pltf; R. L. McLaughln, for deft.

19201—Fred A. Groves, admr. v. Jennie Conrow; Belmont Appeals; Motion to certify. T. C. Ayers and Thornburg & Lewis, St. Clairsville, for deft.

19202—P. W. Pike, et al v. Twin Lakes Co. Portage Appeals; Motion to certify. Loomis & Caris Ravenna; W. J. Beckley, Ravennaville, for pltf.; Kennon & Kennon, St. Clairsville, for deft.

19203—Hampshire County Trust Co. v. Matilda May Stevenson; error to Champaign Appeals. Massie & Evans. Chillicothe; Owen, Miller, Owen & Owen, Urbana, for pltf; Abernathy & Simkins, Circleville, John Logan, Washington C. H. for deft.

#### JUNE 14, 1925

19024—State of Ohio ex rel Maud Wade v. Edgar B. Kinkead et al; in prohibition. Jas Nicholson, Columbus, for pltf; for deft. not known.

19205—J. H. Wiener v. G. F. Krumroy. Summit Appeals; Motion to certify. Herberich, Burroughs & Bailey Akron, for pltf.; for deft. not known.

19206—Yougheny & Ohio Oil Co. v. Geo. Paszka. Jefferson Appeals; Motion to certify. Gordon D. Kinder, Martins Ferry, for pltf.; Russell Buchanon, Steubenville, for deft.

19207—State of Ohio ex rel C. C. Crabbe, Atty. Genl. v. Middletown Hydraulic Co.; in quo warranto. C. C. Cabbe, J. C. Williamson, Columbus, for pltf; for deft, not known.

## PROCEEDINGS OF
## SUPREME COURT

### WEEKLY REPORT OF
#### CASES DECIDED
#### TUESDAY, JUNE 22, 1925
#### GENERAL DOCKET

18709. Peter J. Blosser v. Richard Enderlin; err. to Ross Appeals. Affirmed in part,

rev. in part. Marshall, C. J, Matthias, Day, Allen, Kinkade and Robinson JJ. concur. Dock. 7-17-24 2 Abs. 468.